UNITED STATES, Appellee

v

WENDELL ANDERSON, Lance Corporal,
U. S. Marine Corps, Appellant

18 USCMA 18, 39 CMR 18

No. 21,044

November 15, 1968

*Frank J. McGee, Jr., Esquire, Captain Peter B. Work,* USMC, and *Lieutenant Clinton F. Raymond,* JAGC, USNR, were on the pleadings for Appellant, Accused.

*Captain John J. Kelly, Jr.,* USMCR, was on the pleadings for Appellee, United States.

### Opinion of the Court

PER CURIAM:

The decision of the board of review as to specification 3 of Charge II is reversed. United States v Tassos, 18 USCMA 12, 39 CMR 12, this day decided. The findings of guilty as to specification 3 of Charge II are set aside and the Charge is ordered dismissed. The record of trial is returned to the Judge Advocate General of the Navy for submission to the board of review for reconsideration of the sentence on the basis of the remaining findings of guilty.